**Order entered April 25, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00052-CV

### HINDUJA GLOBAL SOLUTIONS, INC., ET AL., Appellants

### V.

### ALI GANJAEI, Appellee

**On Appeal from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-19-20539**

### ORDER

This is an interlocutory appeal from an order granting appellee's special appearance. Subsequently, the trial court, on March 21, 2022, signed an order partially striking appellee's special appearance and appellants' brief was filed with that order in place. The trial court has now indicated that the March 21 order was signed in error and it intends to vacate it.

Before the Court is the parties' April 20, 2022 corrected joint motion to suspend the briefing schedule and for leave for appellants to file an amended brief.

We **GRANT** the motion as follows. We **SUSPEND** the deadline for appellee's brief. We **ORDER** Dallas County District Clerk Felicia Pitre to file, **WITHIN TWENTY DAYS** of the date of this order, a supplemental clerk's record containing either the trial court's order vacating its March 21 order or written verification that no such order exists. Should we receive a supplemental clerk's record with the trial court's order vacating the March 21 order, appellants shall file an amended brief **within ten days** of the filing the supplemental clerk's record. Should we receive written confirmation that no such order exists, appellee shall file its brief **within ten days** of the filing of the supplemental clerk's record.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Gena Slaughter, Presiding Judge of the 191st Judicial District Court; Ms. Pitre; and, all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE